# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                                    4:06-CR-00182 JMM

BRONSHAY DONNEL WINSTON

## ORDER

Defendant has filed a Motion to Reconsider his detention prior to trial. (Docket entry #55.) For the reasons stated herein, the Court will deny the Motion.

On May 9, 2006, the Court conducted a detention hearing. (Docket entry #16.) After hearing testimony from witnesses for the government and the Defendant, the Court found that Defendant's serious criminal history, including crimes of violence with firearms, and the nature of the underlying federal charges, established by clear and convincing evidence that Defendant was a danger to the community and that no conditions or combination of conditions would reasonably ensure the safety of the community.

On May 16, 2006, Defendant filed a Motion to Modify Conditions of Detention in which he requested that he be admitted to a facility for inpatient drug rehabilitation. (Docket entry #35.) Following an evidentiary hearing on May 31, 2006, the Court denied Defendant's Motion. (Docket entry #40.)

In Defendant's current Motion, he states that, "because of changed circumstances," he can demonstrate at a hearing that conditions of release may be imposed that will ensure the safety of the community. Beyond Defendant's bare assertion, he does not articulate what circumstances have changed that warrant a hearing. Thus, the Motion will be denied.

IT IS THEREFORE ORDERED THAT Defendant's Motion to Reconsider (docket entry #55) is DENIED.

DATED this 11th day of October, 2006.

_____
UNITED STATES MAGISTRATE JUDGE