# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

UNITED STATES OF AMERICA

VS.                               4:06CR00182-01 JMM/JTR

BRONSHAY DONNEL WINSTON

### ORDER

Pending before the Court is Defendant's Renewed Motion to Reconsider Detention Status (docket entry #59) in which Defendant requests that he be released from pretrial detention on the most restrictive conditions the Court can impose, *i.e.*: (1) he live with his grandmother, Reola Perry, and his grandfather, Leo Perry, in their home in Pine Bluff; (2) Mrs. Perry serve as his third-party custodian; and (3) he be placed on electronic monitoring and home incarceration in his grandparents' home until his trial.  On October 25, 2006, the United States of America filed a Response (docket entry #60) opposing Defendant's request to be released on these conditions.

On November 28, 2006, the Court conducted a hearing on Defendant's Motion to Reconsider Detention Status.  Defendant's attorney presented testimony from Mrs. Perry concerning her suitability as a third-party custodian and whether her home would serve as an appropriate environment in which to place Defendant on a 24-hour-a-day basis, under electronic monitoring.

At the conclusion of her testimony, the Court set forth in detail its reasons for denying the Renewed Motion to Reconsider Detention Status.  Those reasons are incorporated herein by reference.

IT IS THEREFORE ORDERED that Defendant's Renewed Motion to Reconsider Detention Status be and it is hereby DENIED

Dated this 29th day of November, 2006.

_____
UNITED STATES MAGISTRATE JUDGE